# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2010

140947

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ELIJAH AKEEM HURN,
        Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140947
COA: 295974
Wayne CC: 07-020965-FH

_____/

      On order of the Court, the application for leave to appeal the February 23, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010

_____
Clerk

0908